**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY AQUINO and TERRY AQUINO,<br><br>             Plaintiffs,<br><br>      vs.<br><br>UNIVERSAL BANCORP, BANKUNITED, ETS SERVICES, LLC, and DOES 1-10,<br><br>             Defendants.<br>_____ | Case No.: CV 09-3639 DSF (AGRx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice.

12/2/09

Dated: _____       _____
                              Dale S. Fischer
                              United States District Judge